

Aug 14 15 11:39a     2127774519     p.5

**New York City Department of Education – Division of Human Resource and Talent**
HR Connect Medical, Leaves & Records Administration
65 Court Street, Brooklyn, NY 11201
Phone: 718-935-4000    Fax: 718-935-2641

## Accommodation Request Form

*To be completed by the applicant.*

- **FILE NUMBER:** [redacted]
- **TITLE:** Teacher
- **SOCIAL SECURITY NUMBER:** [redacted]
- **LAST NAME:** Wald
- **FIRST NAME:** Karen
- **M.I.:** A
- **STREET ADDRESS:** [redacted]
- **APT NUMBER:** [redacted]
- **CITY:** [redacted]
- **STATE:** [redacted]
- **ZIP CODE:** [redacted]
- **HOME TELEPHONE #:** [redacted]
- **E-MAIL ADDRESS:** [redacted]
- **SCHOOL/OFFICE:** OACE
- **CFN:** [blank]
- **SUPERVISOR'S NAME:** Rosemary Mills – Supt. of OACE
- **SUPERVISOR'S TELEPHONE NUMBER:** 718 638 2635

**DISABILITY, LIMITATION(S) AND JOB FUNCTION(S) UNABLE TO PERFORM:**
Chronic lymphocytic leukemia on oral chemotherapy daily – decreased work commute as pt is fatigued and at high risk for infection with stressed schedule.

**DETAILED DESCRIPTION OF ACCOMMODATION REQUEST:**
Reduced travel time with position closer to her home or job hours more conducive to adequate rest / decreased stress – will prevent absences at work as allows for MD visits in her free time

Has your request been denied by your supervisor?   Yes ☐   No ☐

RECEIVED SEP 03 2015

**Signature of Applicant:** Karen Wald
**Date:** 08/26/15

Supporting medical documentation and a description of your job duties must accompany this request.

RECEIVED SEP 03 2015