

New York City Department of Education - Division of Human Resources and Talent
Office of Field Services
65 Court Street, Room 811, Brooklyn, New York 11201

# APPLICATION FOR HARDSHIP TRANSFER

**SECTION I: Employee Information**

FILE NUMBER: [redacted]

SOCIAL SECURITY NUMBER: [redacted]

LAST NAME: Wald

FIRST NAME: Karen

M.I.: A

STREET ADDRESS: [redacted]   APT. NUMBER: [redacted]

CITY: [redacted]   STATE / ZIP CODE: [redacted]

EMAIL ADDRESS: [redacted]   CONTACT PHONE NUMBER: [redacted]

**CURRENT APPOINTED LICENSE:**
ABE - adult ed basic education
BLA - basic literacy for adults

**DISTRICT/BOROUGH/SCHOOL CODE/SCHOOL NAME:**
District 79 / OACE / PALC + AEC
9-1:34   5-8:40 PM

I hereby apply for Hardship Transfer as specified in the United Federation of Teachers agreement.

Signature of Applicant: Karen Wald

Today's Date: 9/25

**SECTION II: HARDSHIP TRANSFER INFORMATION**

[X] **MEDICAL REASON:** Please be advised that in order to claim medical hardship, medical documentation and a copy of the hardship transfer application must be submitted to: HR Connect Medical, Leaves, and Records Administration, 65 Court Street, Brooklyn, New York 11201.
Your request for medical hardship must attest to the fact that the location of your current school assignment places undue hardship on your existing medical condition. If the claim of hardship involves the medical condition of an immediate family member, the applicant must explain the circumstances in writing and submit the request along with the hardship transfer application to the Office of Field Services, Room 811, 65 Court Street, Brooklyn, New York 11201.

[ ] **ASSAULT / OTHER:** Please attach a letter explaining the circumstances. You may provide appropriate documentation that substantiates your transfer request. Victims of an assault or other school-related crime or violent incident must provide appropriate supporting documentation (e.g., supporting official correspondence, school incident reports, police reports, etc.). Submit the documentation due to a school-related assault or any other not listed above along with the hardship transfer application to the Office of Field Services, Room 811, 65 Court Street, Brooklyn, New York 11201.

[ ] **TRAVEL HARDSHIP:** Please be advised that in order to claim travel hardship, documentation must be obtained from the NEW YORK CITY TRANSIT AUTHORITY, TRAVEL INFORMATION CENTER, 370 Jay Street, Brooklyn, New York 11201, and TELEPHONE: (718) 330-3322. Documentation must indicate that travel time from your home to your present assigned school is IN EXCESS OF ONE HOUR AND THIRTY MINUTES EACH WAY BY PUBLIC TRANSPORTATION. If you reside outside of New York City limits, travel time is computed from the city line. Submit the transit documentation along with the hardship transfer application to the Office of Field Services, Room 811, 65 Court Street, Brooklyn, New York 11201.