

**Department of Education**
Carmen Fariña, Chancellor



65 Court Street
Brooklyn, NY 11201

KAREN WALD
201 EAST 17 27G
NYC, NY 10003

Service Request: 1-66680881
File:

October 9, 2015

Dear KAREN WALD

This is to advise you that your request for a Medical Accommodation has been partially approved:

- **Reduced work schedule**

Your request for assignments to school "closer to home" cannot be accommodated administratively

The ADA and all applicable laws, states that an individual with an impairment, which substantially limits a major life activity, is entitled to a reasonable accommodation to assist that individual in performing the essential functions of his or her job. Each medical determination is made on an individual basis after a review of the individual's functional limitations, the medical documentation provided, the essential functions of the job, and whether granting the accommodation would pose an undue hardship on the Department of Education.

PLEASE BE AWARE THAT AN APPROVED ACCCOMMODATION MAY BE SUBJECT TO ANNUAL REVIEW.

Sincerely,

HR Connect – Medical, Leaves, and Records Administration Office
Division of Human Resource and Talent

c: Principal, KESHA HARRIS
   T. BENNETT, UFT
   B. Brewton, OEO
   Medical File

KESHA HARRIS
BROOKLYN ADULT LEARNING CENTER / 79