UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KAREN WALD,

                Plaintiff,

                v.

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, and THE CITY SCHOOL DISTRICT OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK,

                Defendants.
-------------------------------------------------------------------- x

Case No. 17-CV-3560 (WFK) (SJB)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY JUSTIN W. REITER, ESQ.**

      PLEASE TAKE NOTICE that upon the Declaration of Justin W. Reiter, attorney of record for Defendants The Department of Education of The City of New York, and The City School District of The Board of Education of The City of New York (collectively "Defendants"), will move this Court before the Honorable, William F. Kuntz, II, at the United States District Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Justin W. Reiter's Motion to Withdraw as counsel for Defendants.

Dated:  New York, New York
         September 4, 2018

                                                  Respectfully submitted,

                                                  FISHER & PHILLIPS, LLP

                                                  By:  *s/ Justin W. Reiter*
                                                       Justin W. Reiter
                                                 The New York Times Building
                                                 620 8th Avenue, 36th Floor
                                                 New York, NY 10018
                                                 jreiter@fisherphillips.com
                                                 Tel.: (212) 899-9985
                                                 Fax: (212) 956-1971