```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KAREN WALD,                                                   :
                                                              :
                                                              :
                Plaintiff,                                    :   Case No. 17-CV-3560 (WFK) (SJB)
                                                              :
        v.                                                    :   **DECLARATION IN SUPPORT
                                                              :   OF MOTION TO WITHDRAW
                                                              :   AS COUNSEL BY
THE DEPARTMENT OF EDUCATION OF THE                            :   JUSTIN W. REITER, ESQ.**
CITY OF NEW YORK, and THE CITY SCHOOL                         :
DISTRICT OF THE BOARD OF EDUCATION OF                         :
THE CITY OF NEW YORK,                                         :
                                                              :
                Defendants.                                   :
                                                              :
------------------------------------------------------------- x
```

JUSTIN W. REITER, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

1. I was an attorney for the New York City Law Department ("NYC Law Department"), attorneys for Defendants The Department of Education of The City of New York, and The City School District of The Board of Education of The City of New York (collectively "Defendants") in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

2. I left the NYC Law Department for other employment. My last day with the NYC Law Department was June 22, 2018.

3. The NYC Law Department will continue its representation of Defendants in this matter.

4. Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 4, 2018

                                            Respectfully submitted,

                                            FISHER & PHILLIPS, LLP

                                            By: *s/ Justin W. Reiter*
                                                  Justin W. Reiter
                                            The New York Times Building
                                            620 8th Avenue, 36th Floor
                                            New York, NY 10018
                                            jreiter@fisherphillips.com
                                            Tel.: (212) 899-9985
                                            Fax: (212) 956-1971