# STEWART LEE KARLIN
# LAW GROUP, PC
## Natalia Kapitonova, Esq.
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax

cnk@stewartkarlin.com

| | |
|---|---|
| MEMBER OF THE BAR | Concentrating in Employment Law, Insurance Law |
| NEW YORK & NEW JERSEY | Education Law and Commercial Litigation Law |

January 18, 2019

**Via First Class Mail and E-Mail**
Bruce Rosenbaum, ACC
The New York City Law Department
100 Church Street
New York, NY 10007

        RE:    Karen Wald v. The Department of Education of the City of New York
                 Civil Action No.: 17-CV-3560(WFK)(SJB)

Dear Counsel:

      Please find enclosed Plaintiff's Declaration, Memorandum in Opposition, Declaration of Natalia Kapitonova in Opposition and annexed Exhibits, and Local Rule 56.1 Counter Statement all in opposition to Defendant's motion for summary judgement in the above referenced action.

      In accordance with the minute order of the Court, Defendant is to serve its reply by February 8, 2019.

                                                       Very truly yours,

                                                       */s/ Natalia Kapitonova*
                                                       Natalia Kapitonova, Esq.
                                                       CNK/cb

Enclosures.

Cc:     Honorable William F. Kuntz (by ECF)
          United States District Judge