UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

KAREN WALD,

       Plaintiff,

    -against-

17-CV-3560 WF

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, and
THE CITY SCHOOL DISTRICT OF
THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK

       Defendants,

                                          X

:-----------------------------------------------------

## DECLARATION OF PATRICIA CRISPINO

1. I am a Special Representative for the United Federation of Teachers. (UFT) Ms. Wald ("Wald") who was a member of the UFT, requested my assistance in obtaining an accommodation from the New York City Department of Education because she had a very significant illness.

2. In September or early October of 2015, on Wald's behalf, I contacted Superintendent Rose-Marie Mills ("Mills") on behalf of Wald to request that Mills assist Wald in her request for a schedule change.

3. I explained to Mills that Wald was very ill and requested that she agree to adjust her schedule to accommodate her needs.

4. Mills did not ask for any additional information, but simply responded no and said Wald could give up six hours on her schedule.

Page 1 of 2

I, PATRICIA CRISPINO, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 16th day of May 2018.

_____
PATRICIA CRISPINO