## Karen Wald

**Directory 2015-2016 (09/08/2015 to 06/30/2016) (3 Records)**

| Date | Description | Hours | |
|---|---|---|---|
| 09/08/2015 | Region 4-BE-Alternative Education Complex, M,W, 5:10 PM-8:40 PM (7hrs/wk) | 7.00 | 0.00 |
| 09/08/2015 | Region 4-BE-Alternative Education Complex, T,Th, 5:10 PM-8:40 PM (7hrs/wk) | 7.00 | 0.00 |
| 09/08/2015 | Region 8-BE-BALC, M-F, 9:00 AM -1:34 PM (22 hrs 50 min/wk) | 22.83 | 0.00 |
| | | 36.83 | 0.00 |

**Directory 2014-2015 (3 Records)**

| Date | Description | Hours | |
|---|---|---|---|
| 09/02/2014 | Region 4 - Alternative Education Complex BE T,W,TH 12:30 pm to 3:30 pm | 9.00 | 0.00 |
| 09/02/2014 | UFT Duties | 6.00 | 0.00 |
| 09/02/2014 | Region 4 - Alternative Education Complex BE M-F 9:00 am to 12:00 pm | 15.83 | 0.00 |
| | | 30.83 | 0.00 |

DEFENDANT'S 01230