**From:** Teacher Schedule [teacherschedule@oacenyc.org]
**Sent:** Monday, June 15, 2015 11:05 AM
**To:** Wald Karen A (79D755)
**CC:** Hall Nichola; Mills Rose Marie; Trocco Thomas
**Subject:** Re: Placement Center for Adult Education Teachers (hiring hall)

Ms. Wald,

This is to confirm receipt of your request to change your entire teaching program and attend Hiring Hall.

TT

Thomas Trocco
Director of Program Support
New York City Department of Education
Office of Adult and Continuing Education
475 Nostrand Avenue
Brooklyn, New York 11216
*Fax* (718) 623-2080

On Sun, Jun 14, 2015 at 1:13 PM, Wald Karen A (79D755)<KWald3@schools.nyc.gov> wrote:

[X]

SCHEDULE CHANGE FORM

June 10, 2015
Dear OACE Teachers, Case Managers, and Instructional Facilitators:
If part of your schedule was cancelled or if you wish to make changes to your schedule, complete this form and submit it to Teacherschedule@oacenyc.org<mailto:Teacherschedule@oacenyc.org> by Monday, June 15th, COB. Kindly complete the relevant sections based on your title.

Name:________karen wald_________________________(please type)

By electing to change your schedule, you will give up retention to your current class. Your current class schedule will be offered to other employees at the Placement Center.

Full-time Teachers

____x___ I am a full-time teacher and will change my entire current schedule. I will remain a full-time teacher and I will attend the hiring hall.

_____ I am a full-time teacher and will change a part of my current schedule. I will remain a full-time teacher and will attend the hiring hall. (Type the portion of the assignment you wish to drop in the vacant box below).

Region

Site

Days

Time

Category

Total Weekly Hours

________ I am a full-time teacher and wish to become a Primary teacher. I will drop a part of my schedule. I will not attend the hiring hall. (Type the portion of the assignment you wish to drop in the vacant box below).

Region

Site

Days

Time

Category

Total Weekly Hours

________ I am a full-time teacher and will resign/retire from the Department of Education.

Primary Teachers

_______ I am a Primary teacher and will change my entire schedule. I will remain a Primary teacher and will attend the hiring hall to maintain my current hours.

_______ I am a Primary teacher and will change a part of my schedule. I will remain a Primary teacher and will attend the hiring hall to maintain my current hours. (Type the portion of the assignment you wish to drop in the vacant box below).

Region

Site

Days

Time

Category

Total Weekly Hours

______ I am a Primary teacher and wish to add hours to my schedule. I will remain a Primary teacher. I will attend the hiring hall.

______ I am a Primary teacher and wish to add hours to become a full-time teacher. I have already discussed this with my principal. I will attend the hiring hall.

_______ I am a primary teacher and will resign/retire from the Department of Education.

Case Managers

______ I am a case manager and I wish to return to become a full-time classroom teacher.
I will attend the hiring hall.

______ I am a case manager and wish to become a primary teacher. I will attend the hiring hall.

______ I am a case manager and will resign/retire from the Department of Education.

Instructional Facilitators

______ I am an IF and I wish to return to become a full-time classroom teacher.
I will attend the hiring hall.

______ I am an IF and wish to become a primary teacher. I will attend the hiring hall.

______ I am an IF and will resign/retire from the Department of Education.

Thank you for your timely submission of this Schedule Change Form!

---

From: Trocco Thomas
Sent: Wednesday, June 10, 2015 3:56 PM
Cc: Teacherschedule@oacenyc.org
Subject: Placement Center for Adult Education Teachers (hiring hall)

June 10, 2015

Dear OACE Teacher,

The Department of Education, in conjunction with the United Federation of Teachers, is inviting teachers to a Placement Center for Adult Education Teachers (hiring hall). The purpose of the event is to offer appointed and primary teachers the opportunity to change their current schedule or to select a new schedule due to a class or program being closed. Primary teachers who would like to become full-time teachers must submit a written request to their principal by June 12, 2015. Full-time positions will be offered on an as needed basis and is subject to funding availability.

Teachers who would like to change all or a portion of your schedule must complete the attached, "Schedule Change Form June 2015" and submit it to Teacherschedule@oacenyc.org<mailto:Teacherschedule@oacenyc.org> by Monday, June 15th, 2015. Late receipts will NOT be considered. Attached are the Schedule Change Form and the OACE Fall 2015 Directory. Both may also be found at the following Google docs links:
OACE Fall 2015 Directory<https://drive.google.com/a/oacenyc.org/file/d/0B7UNm-ybeSbEQS0tNDljZnFuUDA/view?usp=sharing>
Schedule Change Form June 2015<https://drive.google.com/a/oacenyc.org/file/d/0B7UNm-ybeSbES3hrX0RTZzk5V2M/view?usp=sharing>
You can also view your 2015-16 schedule on MyLearningPlan<https://www.mylearningplan.com>.

Please note that by electing to change your schedule, you will give up retention to the classes you indicate that you will drop and these classes will be offered to other employees at the Placement Center in OACE seniority order. No action is required from teachers who do not intend to make changes to their schedule or those who are required to attend hiring hall due to class closings.

The hiring hall will be held as follows:
Date: Monday, June 29, 2015
Time: 10:00 AM
Location: Brooklyn Adult Learning Center, 475 Nostrand Avenue, Brooklyn, New York

Reminder: Schedule Change Form must be submitted to Teacherschedule@oacenyc.org<mailto:Teacherschedule@oacenyc.org> by Monday, June 15th, 2015. Late receipts will NOT be considered. Should you have any questions, feel free to reach out to an administrator in your region or email Teacherschedule@oacenyc.org<mailto:Teacherschedule@oacenyc.org> .

Sincerely,

Rose-Marie Mills
Superintendent

Attachments: Schedule Change Form June 2015
OACE Fall 2015 Directory

P.S. Please do not reply to the e-mail. All communication must be sent to Teacherschedule@oacenyc.org<mailto:Teacherschedule@oacenyc.org>