

OFFICE OF ADULT AND CONTINUING EDUCATION
475 Nostrand Avenue Brooklyn, NY 11216
P: (718) 638-2635   F: (718) 623-2080
Rose-Marie Mills, Superintendent



## OACE Placement Center, Brooklyn Adult Learning Center
## Monday, June 29, 2015 at 10:00 AM

# Teacher Schedule Form

Name:  Karen Wald                             Emp #: ███████         Phone # 212-_____

License:  Basic Literacy to Adults           Email Address: KWald3@schools.nyc.gov

**Assignment:** List Entire Assignment             **Assigned Hours:** 36hrs 50mins

| Region | Site | Days | Time | Category (BE, ESL, CTE, Nursing) | Total Weekly Hours |
|---|---|---|---|---|---|
| 8 | BALC | M-F | 9:00am – 1:34pm | BE | 22 hrs, 50 min |
| 4 | AEC | M,W | 5:10pm – 8:40pm | BE | 7 hrs |
| 4 | AEC | T,Th | 5:10pm – 8:40pm | BE | 7 hrs |
|  |  |  |  |  |  |
|  |  |  | Ending Total Hours: |  | 36 hrs, 50 min |

**Additional ___50___ minutes are reflected in MyLearningPlan as shown above.**

Teacher's Signature: _____       Date _____

Form Completed by: _____        Initial: _____

OACE Directory Updated by: _____   Initial: _____

MyLearningPlan Updated by: _____   Initial: _____

*Used by Facilitator @ Hiring Hall*

DEFENDANT'S 01237