**From:** Mills Rose Marie <RMills@schools.nyc.gov>
**To:** 'karen wald' <░░░░░░░░░░░>
**Cc:** Patricia Crispino <pcrispino@uft.org>
**Sent:** Thursday, July 2, 2015 3:49 PM
**Subject:** RE: change of schedule

Ms. Wald
What you are asking for is not the practice of the organization and I cannot violate the process. In addition, you voluntarily dropped your entire teaching schedule at Region 4.

Rose-Marie Mills
Superintendent
New York City Department of Education
Office of Adult and Continuing Education
475 Nostrand Avenue
Brooklyn, New York 11216
Phone ░░░░░░░░░░░
Fax ░░░░░░░░
BB ░░░░░░░ (New)

---

**From:** karen wald [mailto:░░░░░░░░░░]
**Sent:** Thursday, July 02, 2015 3:45 PM
**To:** Mills Rose Marie
**Cc:** Patricia Crispino
**Subject:** change of schedule

Dear Ms. Mills,

I am writing to request your consideration for a change of program for the September 2015-2016 year should a more convenient schedule become available. I have been aware that several teachers are retiring at the end of June and early July 2015. These senior teachers have back to back programs. It has always been the custom of OACE to do its best to accommodate senior teachers with more comfortable positions as they have already put in many years at OACE with very varied schedules. It is with this in mind that I gave up my program.

Originally, I asked Dr. Kendall if she would increase the hours of the afternoon class to include Monday and Friday so that I would only have to find 6 hours at the hiring hall. This would have accommodated my religious obligations as well as have met half the number of hours I needed to fill. I knew that the additional 6 hours would be filled in the evening. The advantages of this schedule are myriad. They meet the idea of continuity of education, the role of the teacher and students about which you have spoken; I am familiar with the site and the culture of the environment. All of my materials are there. A tremendous amount of travel time would have been eliminated. Obviously, my request was denied.

I would like to assert that my assignment at the hiring hall was, in fact, assigned to me. It was not a program of choice as I had no alternatives to aggregate 36 hours on 5 days and excluding Saturdays. I was constrained by the requirements for religious observance.

I hope that you will sincerely reflect upon my request. I can be reached through this email or my DOE email.

Enjoy the summer.

Thank you

Karen Wald

DEFENDANTS' 01255