Aug 14 15 11:39a                                                                                          p.5



New York City Department of Education - Division of Human Resource and Talent
HR Connect Medical, Leaves & Records Administration
65 Court Street, Brooklyn, NY 11201
Phone: 718-935-4000     Fax: 718-935-2641



## Accommodation Request Form

*To be completed by the applicant.*

**FILE NUMBER** | **TITLE**: Teacher | **SOCIAL SECURITY NUMBER**

**LAST NAME**: Weld | **FIRST NAME**: Karen | **M.I.**: A

**STREET ADDRESS** | **APT NUMBER**

**CITY** | **STATE** | **ZIP CODE**

**HOME TELEPHONE #** | **E-MAIL ADDRESS**

**SCHOOL/OFFICE**: OACE | **CFN**

**SUPERVISOR'S NAME**: Rosemary Mills - Supt. of OACE | **SUPERVISOR'S TELEPHONE NUMBER**

**DISABILITY, LIMITATION(S) AND JOB FUNCTION(S) UNABLE TO PERFORM:**

Chronic lymphocytic leukemia on oral chemotherapy daily - decreased work commute as pt is fatigued and at high risk for infection with stressed schedule.

**DETAILED DESCRIPTION OF ACCOMMODATION REQUEST:**

Reduced travel time with position closer to her home or job hours more conducive to adequate rest / decreased stress - will prevent absences at work as allows for MD visits in her free time

Has your request been denied by your supervisor?   Yes ☐   No ☐

RECEIVED SEP 03 2015

**Signature of Applicant**: Karen Weld     **Date**: 08/26/15

Supporting medical documentation and a description of your job duties must accompany this request.

RECEIVED SEP 03 2015

DEFENDANT'S 00001