
**Department of Education**
Carmen Farina, Chancellor

Division of Human Resources
HR Connect Medical, Leaves & Records Administration
65 Court Street, Room 201
Brooklyn, New York 11201


HR CONNECT

## ADA ACCOMMODATION REQUEST

NAME: KAREN WALD  FILE/SS: ███
SCHOOL/OFFICE: ADULT & CONTINUING EDUCATION  TITLE: TEACHER
Supervisor: ROSEMARY MILLS

The above employee has requested an accommodation which was medically reviewed by the HR Connect Medical Administration Office. We determined the following:

> Request is medically warranted-
> See attached for specific accommodation requested

***Please return this form to Medical after confirmation of the above accommodation(s) has been provided by the employee's supervisor. Thank you.

_____      9/23/15
Hubert Guscott                 Date
Deputy Director
HR Connect – Medical, Leaves & Records Administration

The Office of Equal Opportunity has discussed the accommodation(s) listed below and has received an e-mail confirmation from the employee's supervisor that these accommodations will be implemented.

Per Superintendent Mills (See attached email) Ms. Wald's request to be assigned to schools closer to home cannot be accommodated because there are no available openings. Please note from email that Ms. Wald was working at a site near her home (W. 35th St.) and she gave up the option. Please note that Superintendent Mills can accommodate Ms. Wald's request for a reduced work schedule.

_____      10/8/15
William Brewton                Date

DEFENDANT'S 00003