**Subject:** RE: ADA Medical Accommodation Requests for Teacher Karen Wald
**Sensitivity:** Private

**From:** Brewton William <WBrewto@schools.nyc.gov>
**Date:** October 6, 2015 at 3:47:52 PM EDT
**To:** Mills Rose Marie <RMills@schools.nyc.gov>
**Subject: RE: ADA Medical Accommodation Requests for Teacher Karen Wald**

Thank you.

**From:** Mills Rose Marie
**Sent:** Tuesday, October 06, 2015 3:45 PM
**To:** Brewton William <WBrewto@schools.nyc.gov>
**Subject:** RE: ADA Medical Accommodation Requests for Teacher Karen Wald
**Sensitivity:** Private

Hi Bill
She would work the hours as a full-time teacher, which is 30 hours 50 minutes. This would cut out two evenings of work.

Rose-Marie Mills
Superintendent
New York City Department of Education
Office of Adult and Continuing Education
475 Nostrand Avenue
Brooklyn, New York 11216
Phone ███████████████████
Fax ███████████████
BB ███████████████ (**New**)

**From:** Brewton William
**Sent:** Tuesday, October 06, 2015 3:00 PM
**To:** Mills Rose Marie
**Subject:** RE: ADA Medical Accommodation Requests for Teacher Karen Wald
**Importance:** High
**Sensitivity:** Private

Good afternoon Supt. Mills,

Thank you for your expeditious response. I need a clarification before I forward your email to the HR Connect Medical Administration. If you reduced Ms. Wald's schedule as an accommodation, how many hours would she work?

Thank you.

**From:** Mills Rose Marie

DEFENDANT'S 00987

**Sent:** Monday, October 05, 2015 10:06 PM
**To:** Brewton William <WBrewto@schools.nyc.gov>
**Subject:** Re: ADA Medical Accommodation Requests for Teacher Karen Wald
**Sensitivity:** Private

HI Bill
Per our conversation here are the facts as it relates to Ms. Wald:
* Ms. Wald is a full-time adult education teacher who won a per-session arbitration grievance requiring the DOE to give an extra 6 hours weekly . This decision was implemented in this school year hence Ms. Wald's schedule is 36 hours and 50 minutes. Please note that a full-time adult education teacher schedule is 30 hours 50 minutes.
* In Fy 14-15 Ms. Wald was the UFT chapter chair hence she taught for 24 hours and had 6 hours for UFT time.
* At the end of each school year, adult education teachers can choose to change their work location and schedule. This process is facilitated via a hiring hall and the protocols are mutually agreed to with the UFT and these protocols are messaged to teachers. As the then UFT chapter chair, Ms. Wald was a part of the consultation committee and involved in determining the process.
* Ms. Wald was required to attend the hiring hall as she had to add the 6 hours based on the arbitration decision. Ms. Wald attended the hiring hall and also opted for a change in her work location. In FY 14-15 Ms. Wald worked her entire schedule - 24 teaching hours at the W35th street complex, one of the sites near her home.
* Ms. Wald was supported in choosing a schedule, based on availability, by the District UFt representative. Ms. Wald chose to work at Brooklyn Adult Learning Center M - F 9Am to 1:34 Pm and at the W35 Street complex from M-Th 5:40 - 9:00PM, making her work 36 hours - Note Ms. Wald lost the UFT election hence she has to teach the full schedule.
* The commute time via train ( which Ms. Wald utilizes) is approximately 30 minutes via the A train- giving Ms. Wald ample time to be ready for her 5:40PM class.

Ms. Wald is seeking an accommodation based on the fact that she choose to work a longer school day for which she is receiving additional compensation and she chose the times when the services of an adult education is needed.

Please note that if the ask from Ms. Wald is to work at one site, we do not have any openings. If Ms. Wald would like her schedule reduced we can accommodate this. Please note that Ms. Wald was working at a site near to her home and she gave up that option and we do not have any available openings

Should you need clarification or have questions( adult education is complex) do not hesitate to contact me.

Rose-marie Mills
Superintendent

DEFENDANT'S 00988

New York City Department of Education
Office of Adult and Continuing Education
475 Nostrand Avenue
Brooklyn, New York 11216

On Oct 5, 2015, at 3:14 PM, Brewton William <WBrewto@schools.nyc.gov> wrote:

Good afternoon Superintendent Mills,

I am Bill Brewton, Disability Coordinator for the DOE's Office of Equal Opportunity & Diversity Management ("OEO").  The HR Connect Medical Administration has informed OEO that teacher Karen Wald has requested medical accommodation to assist in performing her "essential job functions."  OEO was further informed that Ms. Wald's request **(Assigned to schools closer to home or work hours more conducive to allow adequate rest)** is medically warranted.  Please contact me at (718) 935-2137 in order to discuss Ms. Wald's request.

Thank you.

DEFENDANT'S 00989