Nov. 10. 2015 2:22PM City Department of Education - Division of Human Resou     No. 0967    P. 1/1

**NYC Department of Education**
Carmen Fariña, Chancellor

HR Connect
65 Court Street, Brooklyn, New York 11201

## APPLICATION FOR RETIREMENT LEAVE OF ABSENCE (TER...)

### SECTION 1: To be completed by the applicant

FILE NUMBER: [redacted]

SOCIAL SECURITY NUMBER: [redacted]-[redacted]-[redacted]

LAST NAME: Wald

FIRST NAME: Karen

M.I.: A

STREET ADDRESS: 201 E 17th St

APT: [redacted]

CITY: New York

STATE: NY

ZIP CODE: 10003

SCHOOL: BALC

CFN:

DISTRICT: 79

**DATES OF RETIREMENT LEAVE (Both dates inclusive)**

INITIAL DATE: 12/08/2015

TERMINAL DATE: 01/31/2016

I intend to retire on the first school day immediately following the terminal date of my retirement leave of absence (terminal leave).

I understand that any days of absence due to personal illness taken between the dates of application or date of application or date of approval of retirement leave and the starting date of the leave may reduce the length of retirement leave and that the Teachers' Retirement System will consider the period of my retirement leave as active duty for retirement purposes.

Signature of Applicant: Karen Wald

Today's Date: 11/09/15

### SECTION II: To be completed by the Payroll Secretary and signed by the Principal

Note: Inform the Children's First Network (CFN) of any reduction in Cumulative Absence Reserve subsequent to date of this application that would reduce allowable period of leave.

Total number of days in Cumulative Absence Reserve: 107

Total number of school days requested for this retirement leave of absence with pay (Terminal Leave): 29

Signature of Principal: [signature]

Today's Date: 11/10/2015

EMAIL ADDRESS (PAYROLL SECRETARY): glynch @schools.nyc.gov

Application for Retirement Leave of Absence (Terminal Leave) - Formally OP 40

Annotations: WalkIn JL

DEFENDANT'S 00032