UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
KAREN WALD,

       Plaintiff,

  -against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, and
THE CITY SCHOOL DISTRICT OF
THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK

       Defendants,
---------------------------------------------------------X

17-CV-3560 (WFK)(SJB)

**ATTORNEY DECLARATION**

## DECLARATION OF NATALIA KAPITONOVA

**NATALIA KAPITONOVA**, an attorney duly admitted to practice in the courts of the State of New York and in this Court, declares under penalty of perjury, pursuant 28 U.S.C. § 1746, as follows:

1. I am an attorney from Stewart Lee Karlin Law Group, P.C., attorneys for Plaintiff Karen Wald.  I submit this declaration in support of Plaintiff's memorandum in opposition to Summary Judgment.

2. This declaration is made in order to place before the Court documents relied upon and cited in Plaintiff's Memorandum of Law in opposition to Defendant's motion and in support of Plaintiff's counter statement to Defendant's Rule 56.1.

3. Annexed hereto as a Plaintiff's Exhibits "1" through "3" are documents relevant in this action that are relied upon and cited in Plaintiff's papers.  The documents are as follows:

    **Exhibit 1:**    Relevant parts of Plaintiff's deposition.

**Exhibit 2:**   Relevant parts of Superintendent Mills' deposition.

**Exhibit 3:**   Excerpts of press articles regarding Superintendent Mills

**THE FOREGOING STATEMENT IS TRUE AND CORRECT UNDER THE PENALTIES THIS 18th DAY OF JANUARY 2019.**

_s\Natalia Kapitonova_
**NATALIA KAPITONOVA**