# EXHIBIT "1"

1    A.    Yes.  I signed it.

2    Q.    Now in this detailed description of accomodation

3    request you state, reduced travel time with the position

4    closer to her home or job hours more conducive with

5    adequate rest/decreased stress will prevent absences at

6    work and will allow for M.D. visits in her free time; is

7    that correct?

8    A.    Correct.

9    Q.    So is it fair to say that you were requesting

10   less work hours in this accomodation request?

11   A.    No.

12   Q.    Why not?

13   A.    Because I didn't want fewer work hours; I just

14   wanted a more consolidated space or time so I could rest in

15   between.

16   Q.    So what did you mean when you said job hours more

17   conducive to adequate rest/decreased stress?

18   A.    So my program was split, okay.  So that I have to

19   work a far distance, leave early in morning, get home, have

20   a little time to rest and then work four nights a week.  So

21   I wanted a schedule where I would have to either travel

22   less or work more hours in one place so I wouldn't be

23   running around all the time.

24   Q.    Is it possible that this could be construed as

25   meaning less hours because you requested job hours more

1    conducive to adequate rest?

2              MS. KAPITONOVA:  Objection to form.  You can

3         answer.  If you can understand that question you

4         can answer.

5    A.   I don't know how someone else can construe it.

6    Q.   So you were not requesting to work less hours?

7    A.   No.  I wasn't requesting to work fewer hours, and

8    the negotiations afterwards -- the people negotiating for

9    me were also told that I didn't want fewer hours.

10   Q.   You said the people negotiating for you.  Who are

11   you referring to?

12   A.   It was the union and Brewton.

13   Q.   Who from the union are you referring to?

14   A.   Tom Bennet.

15   Q.   What did Tom Bennett say on your behalf?

16   A.   I don't know.  I wasn't privy to the conversation

17   but I told him that I didn't want fewer hours.  I wanted a

18   schedule where I would be less susceptible to travel all

19   over the place and not all the time.  And I was taking

20   anti-virals and all the chemotherapy and if your riding the

21   trains for an hour each way and then late at night, I was

22   more susceptible.  Given the prior year, respiratory

23   infections on an ongoing basis, I was scared.

24   Q.   Do you have any e-mails from Tom Bennet to

25   Mr. Brewton regarding your accomodation request?

K. WALD

1    A.    This is a schedule from 2015-2016.

2    Q.    So would this be the schedule form that you

3  submitted at the hiring hall on Monday, June 29, 2015?

4    A.    This was the schedule that I was given.

5    Q.    After you had made your request to change your

6  schedule for the 2016 school year?

7    A.    Right. There wasn't much for me to choose from.

8  This was the schedule.

9    Q.    Okay. So this was the schedule that you decided

10  upon at the hiring hall?

11    A.    This was the schedule that was available to meet

12  my needs.

13    Q.    This was the schedule available to meet your

14  needs that was given to you at the hiring hall?

15    A.    Yes. My teaching hour needs.

16    Q.    So your schedule for the 2015-2016 school year

17  was effectively finalized at the hiring hall, correct?

18    A.    When does that mean?

19    Q.    That your schedule was decided on at the hiring

20  hall. This was the date that it was locked in?

21    A.    Right. But, you know, things change.

22    Q.    I'm sorry?

23    A.    Things change.

24    Q.    Right. I'm saying at the time when you signed to

25  accept this schedule for the 2015-2016 schedule that was