# EXHIBIT "3"

## METRO

# 'Tyrant' superintendent will no longer head city's adult education department

By Susan Edelman

January 13, 2019 | 12:45pm |



Rose Marie Mills  Robert Kalfus

A superintendent called a "tyrant" and accused of "gross mismanagement" will no longer run the city Department of Education's adult education program, The Post has learned.

Rose Marie Mills was removed this month as superintendent of the Office of Adult and Continuing Education, an internal DOE letter reveals.

"Hallelujah!" one teacher declared at the news. "I prayed a lot — Please move Mills, please move her!''

But staffers were disappointed that Mills, who made $187,000 last year, was given a cushy new job as an "instructional superintendent."

"Why does that woman still have a job? Why does she still have a paycheck?" a teacher asked.

Mills' ouster comes three years after The Post first reported on problems in the adult-ed program — 28,700 students age 21 and up who never graduated high school, or came to America with few English skills.

Despite a $52 million budget in 2016-17, the OACE awarded only 150 high-school equivalency diplomas, down from 299 the year before.

Staffers charged that Mills, who took over in 2012, hired cronies without adult-ed experience as her administrators. Instead of focusing on teacher training and curriculum, they said, she demanded excessive testing to inflate a state rating.

She also ordered underlings to give staffers undeserved bad reviews, and discriminated against older teachers, they alleged.

The City Council's education committee held a hearing on adult-ed in September 2017, but DOE officials — under then-Chancellor Carmen Fariña — defended Mills.

The tide turned after Richard Carranza succeeded Fariña last year, and Mayor de Blasio's office met with retired and former OACE teachers.

Carranza named Timothy Lisante executive superintendent in charge of District 79 alternative schools and adult-ed. Lisante apointed Robert Zweig to run the programs.

Under Zweig, 1,900 students age 17 to 21 last year passed the state test required to earn a high-school equivalency diploma, Lisante said.

Adult-ed staffers are hopeful the program will improve.

"We think it's going to be more student-focused, and teacher-friendly," one said.

## METRO

# Superintendent targeted veteran teachers over age: suit

By Susan Edelman

June 2, 2018 | 10:37pm |



Rose Marie Mills Robert Kalfus

An adult-education superintendent who already has cost the city $362,000 in a disability-discrimination settlement now faces accusations she targeted 13 teachers because of their age.

Rose-Marie Mills, who heads the city's Office of Adult and Continuing Education, is waging a campaign to get rid of veteran, high-performing educators in their 50s, 60s and 70s, the teachers say.

"I want blood," Mills allegedly told a former principal, the teachers' lawyer, Bryan Glass, wrote last month to the state Division of Human Rights, which is investigating.

If the division finds the complaint is valid, the teachers could sue the city, raising the prospect of more payouts.

The office serves about 41,000 students citywide, holding English classes for immigrants and others age 21 and up who want to obtain high-school equivalency degrees. Despite a $52 million budget, the office awarded only 150 diplomas last school year, The Post has reported.

Last June, the city Department of Education settled for $362,000 a suit from an office director, whom Mills had terminated after he was diagnosed with a medical condition requiring brain surgery.

One former OACE assistant principal, Luckisha Amankwah, has filed a suit claiming Mills demoted her for refusing to give bad reviews to two teachers whom Amankwah believed didn't deserve them.

Of the teachers who filed the complaints, three were fired and want their jobs back, along with back pay and other lost benefits. The others want unsatisfactory ratings overturned.

The complaints are filled with horror stories.

Lisa Miller, 58, who has a Master's Degree in teaching English as a second language, said administrators cited her for extending a lesson and not telling students to "turn and talk to your partner."

"They would ask me to do something one day, and fault me for not doing something else another day," she states. "Despite evidence that I did the things they asked me to do, they denied that I did them."

Roberta Pikser, 76, was let go and replaced with a younger ESL instructor.

"After nearly 20 years of commendable service, I suddenly became a bad teacher," Pikser said. "Although I did what the principal asked of me, it was not deemed satisfactory. What had been praised in previous lessons was now condemned."

Several students wrote letters praising Pikser. Fecumdo Ferrayra, from Argentina, said she helped him improve his English, write a résumé and prepare for job interviews.

Sarah Tyson, 63, said her supervisor berated and screamed at her.

"It was a shock to me. I was targeted and I didn't know why," she said, adding that she learned the same thing was happening to other older staffers.

The teachers hope new Chancellor Richard Carranza takes a hard look at Mills.

"She runs her team using fear and intimidation," a former manager said. "There's been a huge loss of institutional memory and expertise. It's such a crime."

Reached by phone, Mills told a reporter, "Have a wonderful day," and hung up.

DOE spokesman Douglas Cohen said, "We take any discrimination allegations seriously, and are reviewing the complaints."