# STEWART LEE KARLIN LAW GROUP, P.C.
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
slk@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**Concentrating in Employment, Education and Insurance Law**

**Website:** www.stewartkarlin.com

April 3, 2020

**Via ECF**
Honorable Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304 North, Courtroom 324N
Brooklyn, New York 11201

      Re:  **Karen Wald v. The Department of Education of the City of New York**
        **Docket No. 1:17-cv-03560-WFK-SJB**

Dear Judge Bulsara:

  We represent Plaintiff Karen Wald (hereinafter "Plaintiff") in the above referenced matter. In accordance with your Individual Motion Practice rules, Plaintiff is writing the instant letter to request that the in-person settlement conference scheduled for April 14, 2020 at 10:30 a.m. be converted into a telephone settlement conference, as long as someone from the NYC Comptroller's office is also available by telephone.

  Thank you for your attention to this matter.

Very truly yours,

*s/Stewart Lee Karlin*
STEWART LEE KARLIN, ESQ.

CC: J. Kevin Shaffer, ACC Via ECF