UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
KAREN WALD,

        Plaintiff,

                                                      17-CV-3560 (WFK)(SJB)

  -against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, and
THE CITY SCHOOL DISTRICT OF
THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK

        Defendants,
--------------------------------------------------------X

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the parties have reached a settlement and expect to be filing a stipulation of dismissal within 30 days of the date herein.

Dated: New York, New York
       June 26, 2020

                                                    STEWART LEE KARLIN
                                                    LAW GROUP, PC

                                                    s/Stewart Lee Karlin
                                                  STEWART LEE KARLIN, ESQ.
                                                  Attorney for Plaintiff
                                                  111 John Street, 22nd Floor
                                                  New York, New York 10038
                                                  (212) 792-9670
                                                  slk@stewartkarlin.com