# STEWART LEE KARLIN LAW GROUP, P.C.
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (212) 732-4443/Fax
## slk@stewartkarlin.com

**Stewart Lee Karlin, Esq.**

MEMBER OF THE BAR
NEW YORK & FLORIDA

Concentrating in Employment, Education and Insurance Law

**Website:** www.stewartkarlin.com

June 26, 2020

**Via ECF**
Honorable Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304 North, Courtroom 324N
Brooklyn, New York 11201

     Re: <u>Karen Wald v. The Department of Education of the City of New York</u>
        Docket No. 1:17-cv-03560-WFK-SJB

Dear Judge Bulsara:

  We represent Plaintiff Karen Wald (hereinafter "Plaintiff") in the above referenced matter. In accordance with your Individual Motion Practice rules, Plaintiff is pleased to advise the Court that the above referenced matter has settled and Plaintiff is contemporaneously filing a notice of settlement with the Court. Thus the settlement conference set for July 1, 2020 should be adjourned *sine die*.

  Thank you for your attention to this matter.

Very truly yours,

*s/Stewart Lee Karlin*
Stewart Lee Karlin, Esq.